IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, DIVISION

| MARY MONTOYA, | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | Case No. 2:16-CV-812-TS-DBP |
| Defendants. | District Judge Ted Stewart |

Plaintiff Mary Montoya ("Plaintiff") filed her Complaint on July 20, 2016.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] The Magistrate Judge issued a Report and Recommendation on February 28, 2018.[3] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that Plaintiff's Complaint be dismissed because (1) the Complaint does not allege sufficient facts to support a claim for relief; and (2) the Complaint does not allege that any party is a citizen of Utah or that any of the events at issue occurred in this District.

Pursuant to 28 U.S.C. § 636(b), a party has fourteen days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation.

It is therefore

---

[1] Docket No. 3.

[2] Docket No. 4.

[3] Docket No. 10.

1

ORDERED that the Magistrate Judge's February 28, 2018 Report and Recommendation (Docket No. 10) is ADOPTED IN FULL. It is further ORDERED that Plaintiff's Complaint is dismissed without prejudice.

Dated this 27th day of March, 2018.

BY THE COURT:

_____
Ted Stewart
United States District Judge